# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **In Re:**  ) | **In Proceedings Under Chapter 11** |
| ) | |
| **BRIGHTLEAF POWER PARTNERS, L.P.,**  ) | **Case No. 16-10125-EEB** |
| ) | |
| **Debtor.**  ) | |

## ORDER GRANTING MOTION TO WITHDRAW MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF AFFILIATED CASES

This matter having come before the Court upon the Motion to Withdraw the Motion for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b) for the Chapter 11 cases of BrightLeaf Technologies, Inc., Case No. 16-10121-EEB and BrightLeaf Power Partners, L.P., Case No. 16-10125-EEB, the debtors and debtors in possession in the above referenced cases ("Debtors"). The court having determined that good cause exists to grant the relief requested; it is hereby

**ORDERED** that Debtor's Motion for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b) IS HEREBY WITHDRAWN.

DATED this 12th day of January, 2016.

*Elizabeth E. Brown*
United States Bankruptcy Judge

1751503.1